IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GOODSON HOLDINGS, LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:15-cv-2153 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| TITEFLEX CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**JOINT STATUS REPORT REGARDING**
*INTER PARTES* **REVIEW OF PATENTS-IN-SUIT**

Pursuant to the Court's Order (Dkt. 43), Goodson Holdings, LLC and Titeflex Corporation (collectively the "Parties"), submit this joint report regarding IPR proceedings involving U.S. Patent Nos. 7,562,448 and 7,821,763, the asserted patents in this case (the "Asserted Patents").

1.  On September 9, 2016, the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office ("PTO") instituted *inter partes* review ("IPR") of all claims of the Asserted Patents.

2.  On September 14, 2016, this Court entered an Order staying this case pending the outcome of the IPR's. (Dkt. 38).

3.  On September 8, 2017, the PTAB issued decisions holding that all claims of the Asserted Patents are unpatentable.

4.  On November 1, 2017, Goodson filed its Notice of Appeal of the PTAB's decisions to the U.S. Court of Appeals for the Federal Circuit. The appeal is pending as Case Nos. 18-1134 and 18-1149, Goodson Holdings, LLC v. Titeflex Corporation.

5. The appeal has been briefed, and the parties are waiting for setting of oral argument.

6. The Parties agree that the stay of the case should be continued pending appeal for purposes of judicial efficiency and in the interest of justice.

Respectfully Submitted,

| | |
|---|---|
| /s/ Mark D. Strachan | /s/ E. Leon Carter |
| Mark D. Strachan | E. Leon Carter |
| Texas State Bar No. 19351500 | Texas Bar No. 03914300 |
| Richard A. Sayles | lcarter@cartersarnett.com |
| Texas State Bar No. | J. Robert Arnett II |
| SAYLES│WERBNER, P.C. | Texas Bar No. 01332900 |
| 1201 Elm Street, Suite 4400 | barnett@carterarnett.com |
| Dallas, Texas 75270 | CARTER ARNETT PLLC |
| (214) 939-8700 – Telephone | 8150 N. Central Expressway, Suite 500 |
| (214) 939-8787 – Facsimile | Dallas, Texas 75206 |
| mstrachan@swtriallaw.com | Telephone: (214) 550-8188 |
| | Facsimile: (214) 550-8185 |
| N. Scott Carpenter | Deepak Gupta (pro hac vice) |
| Texas State Bar No. 00790428 | dgupta@fbm.com |
| Carpenter & Schumacher, P.C. | Erik C. Olson (pro hac vice) |
| 2701 Dallas Pkwy., Suite. 570 | eolson@fbm.com |
| Plano, TX 75093-8790 | FARELLA BRAUN + MARTEL LLP |
| (972) 403-1133 – Telephone | 235 Montgomery Street, 17th Floor |
| (972) 403-0311 – Facsimile | San Francisco, CA 94104 |
| scarpenter@cstriallaw.com | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| Marquette W Wolf | |
| Texas State Bar No. 00797685 | **ATTORNEYS FOR DEFENDANT** |
| Ted B Lyon & Associates PC | **TITEFLEX CORPORATION** |
| Town East Tower | |
| 18601 LBJ Frwy, Suite 525 | |
| Mesquite, TX 75150 | |
| (972) 279-6571 – Telephone | |
| (972) 279-3021 – Facsimile | |
| mwolf@tedlyon.com | |

**ATTORNEYS FOR PLAINTIFF
GOODSON HOLDINGS, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that the counsel for the Parties conferred and agreed regarding this joint status report and request that the stay of the case be continued pending appeal.

*/s/ Mark D. Strachan*
Mark D. Strachan

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of July 2018 per Local Rule 5.1(d)

*/s/ Mark D. Strachan*
Mark D. Strachan